GERALD L. SHARGEL  
HENRY E. MAZUREK  
EVAN L. LIPTON

GERALD L. SHARGEL  
LAW OFFICES

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JUN 28 2006 ★  
BROOKLYN OFFICE

570 LEXINGTON AVE., 45TH FLOOR  
NEW YORK, NEW YORK 10022  
TEL: 212.446.2323  
FAX: 212.446.2330  
info@shargellaw.com

May 24, 2006

Hon. Edward R. Korman  
Chief United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: <u>United States v. Joseph Watts</u>, 01 Cr. 0011

Dear Judge Korman:

On August 23, 2002, Your Honor sentenced Joseph Watts, *inter alia*, to a prison term of 72 months pursuant to a plea agreement made under Fed. R. Crim. P. 11(e)(1)(C), (2002). An integral part of that plea agreement was the government promise that it would take "no position should the defendant make a request to live and serve any portion or the entire term of his supervised release outside of the United States after his term of incarceration has been concluded." (Plea Agreement p. 5, para. 4 b., appended to this letter)

At the sentencing hearing (the transcript of which accompanies this letter), this Court accepted the plea agreement and sentenced in accordance with it. Prior to the actual imposition of sentence, the Court addressed the emigration issue, concluding that subject to the Court's approval of the country to which Mr. Watts intends to reside, the sentence of supervised release will be "served" outside the United States. (Sentencing transcript, p. 8)

Mr. Watts has now been released from incarceration. He wishes to live in Mexico City during the three year period of supervised release. By this letter, I respectfully ask that Mr. Watts' request to live in Mexico be granted. It is understood that Mr. Watts will furnish his supervising United States Probation Officer with his address in Mexico City and any other information that they might reasonably require. In fact, the specifics of where he will be located will be provided prior to his departure.

[Handwritten annotation in right margin:]  
Order — The U.S. Attorney is directed to advise whether it objects to defendant's request.  
s/Edward Korman  
5/31/06

      If Your Honor has any further questions, I am ready to appear before the Court at its convenience.

Respectfully yours,

Gerald L. Shargel

Encl.

cc: Mark Feldman
    Assistant United States Attorney